Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante,* p. 728.]

■

In the Matter of JOHN W. JACOBSEN, a Child under Sixteen Years of Age, Appellant. CHILDREN'S COURT OF THE COUNTY OF NASSAU, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See *ante,* p. 719.]

■

CEIL MALK, Appellant, v. BEN COLIN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See 282 App. Div. 1071.]

■

FLORENCE O'BRIEN, Respondent, v. PETER FERRELLI, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

■

TOWN OF CORTLANDT, Appellant, v. ELIZABETH McNALLY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. [See 282 App. Div. 1072.]

■

HENRY R. HOWELL, Appellant, v. MAJER GREENFIELD et al., Defendants, and WILLIAM P. KOST, Respondent.— Plaintiff appeals from an order of the County Court of the County of Suffolk which granted respondent's motion to dismiss the complaint for lack of prosecution, pursuant to section 181 of the Civil Practice Act and rules 156 and 302 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Although the action was commenced in 1938, respondent was not added as a party until the entry of an order to such effect on May 15, 1953, and the service of process on him on June 4, 1953. His motion to dismiss was made when, as to him, the action had been pending but a few days. Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ., concur.

■

In the Matter of ARLINGTON VILLAGE DEVELOPMENT CORPORATION, Appellant, and LAURA MARTINETTI, Intervener, Petitioner, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents, and SAMUEL L. BENJAMIN et al., Interveners, Respondents.— In a certiorari proceeding pursuant to subdivision e of section 668 of the New York City Charter [1938] and section 668e–1.0 of the Administrative Code of City of New York to annul a determination of the board of standards and appeals of the City of New York which granted a use variance under subdivision (e) of section 7 of the Zoning Resolution of the City of New York so as to permit for twenty years an automobile show room, service station and repair shop on a lot zoned for residence use and an area variance under section 21 of the Zoning Resolution so as to permit construction on the entire lot, Special Term dismissed the